(No. 6647—)

COUNTY OF COOK AND COOK COUNTY DEPARTMENT OF PUBLIC AID, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed June 13, 1972.*

EDWARD V. HANRAHAN, State's Attorney for Cook County, for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

Perlin, C.J.